UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS ARCE, et al.,<br><br>    Defendants. | Case No. 24-cv-06654 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice to filing a civil rights action under 42 U.S.C. § 1983. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __January 23, 2025____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\06654Reyes_judgment.docx